IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FILED
2002 JUN 27 P 12: 32

CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

| | |
|---|---|
| ePLUS GROUP, INC. ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. WMN 02-0076 |
| iSKY, INC. ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), plaintiffs ePlus Group, Inc. and defendant iSKY, Inc. stipulate that plaintiff's claim in the above-captioned action is hereby DISMISSED WITH PREJUDICE, with each party bearing its own costs and expenses.

_____
Erica S. Stoecker, Esq.
Fed. Bar No. 24893
ePlus, Inc.
400 Herndon Parkway
Herndon, VA 20170

Attorney for Plaintiff

_____
Douglas R.M. Nazarian
Fed. Bar. No. 23402
Hogan & Hartson, L.L.P.
111 South Calvert St., Suite 1600
Baltimore, MD 21202

Attorney for Defendant

Stipulation of dismissal with prejudice approved by:

Date: 6/27/02

_____
William M. Nickerson
United States District Judge



\\\BA - 86422/0002 - 137756 v1